IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOMINIC A. DIGRAZIA,

    Petitioner,                  No. CIV S-06-1784 LKK EFB P

    vs.

JOHN MARSHALL, Warden,

    Respondent.               <u>ORDER</u>

                                    /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 19, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 19, 2007, are adopted in full;[1]

2. Respondents' November 9, 2006, motion to dismiss is granted; and

3. This action is dismissed as untimely.

DATED: September 25, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court finds that petitioner's 132-day delay in filing a petition in the California Supreme Court was unreasonable, but does not hold that any delay in excess of 60 days is per se unreasonable. Under appropriate circumstances, a delay of slightly more than 60 days may nevertheless be reasonable.